**CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL** (Rev. 12/03)

| # | Field | Value |
|---|---|---|
| 1 | CIR./DIST./DIV. CODE | NJXTR |
| 2 | PERSON REPRESENTED | Delovi Canales |
| 3 | MAG. DKT./DEF. NUMBER | |
| 4 | DIST. DKT./DEF. NUMBER | 14-4518-13 |
| 5 | APPEALS DKT./DEF. NUMBER | |
| 6 | OTHER DKT. NUMBER | |
| 7 | IN CASE/MATTER OF (Case Name) | USA v. Cadet |
| 8 | PAYMENT CATEGORY | ☒ Felony |
| 9 | TYPE PERSON REPRESENTED | ☒ Adult Defendant |
| 10 | REPRESENTATION TYPE | |

**11. OFFENSE(S) CHARGED:** 21:846 Conspiracy to Distribute Controlled Substance

**12. ATTORNEY'S NAME AND MAILING ADDRESS:**
David Oakley
Anderl & Oakley
20 Nassau Street
Princeton, NJ 08542
Telephone: 609-921-1755

**13. COURT ORDER:** ☒ O Appointing Counsel

Signature of Presiding Judge
Date of Order: 10-16-14

**14. NAME AND MAILING ADDRESS OF LAW FIRM:**
David Oakley
Anderl & Oakley
20 Nassau Street
Princeton, NJ 08542

### CLAIM FOR SERVICES AND EXPENSES

| | CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15a | Arraignment and/or Plea | | | | | |
| 15b | Bail and Detention Hearings | | | | | |
| 15c | Motion Hearings | | | | | |
| 15d | Trial | | | | | |
| 15e | Sentencing Hearings | | | | | |
| 15f | Revocation Hearings | | | | | |
| 15g | Appeals Court | | | | | |
| 15h | Other | | | | | |
| | (RATE PER HOUR = $     ) TOTALS: | | | | | |
| 16a | Interviews and Conferences | | | | | |
| 16b | Obtaining and reviewing records | | | | | |
| 16c | Legal research and brief writing | | | | | |
| 16d | Travel time | | | | | |
| 16e | Investigative and other work | | | | | |
| | (RATE PER HOUR = $     ) TOTALS: | | | | | |
| 17 | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18 | Other Expenses | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM: _____ TO: _____

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION**

**22. CLAIM STATUS:** ☐ Final Payment   ☐ Interim Payment Number   ☐ Supplemental Payment

Signature of Attorney _____ Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| | | | | |

28. SIGNATURE OF THE PRESIDING JUDGE _____ DATE _____ 28a. JUDGE CODE _____

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount _____ DATE _____ 34a. JUDGE CODE _____