UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA               :

     v.                                   :

DELOVIE CANALES                        :          NOTICE OF MOTION


TO:    Fabiana Pierre-Louis, AUSA
       U.S. Attorney's Office
       U.S. Courthouse
       402 East State Street
       Trenton, NJ 08608

       PLEASE TAKE NOTICE that on a date to be set by the Court, defendant Delovie

Canales, through his attorney, David R. Oakley, will move before the Honorable Lois H.

Goodman, U.S.M.J., for an Order of Release on Bail with conditions to be set by the Court.


                        Respectfully submitted,
                        ANDERL & OAKLEY, P.C.

       By:     /s/_____
                DAVID R. OAKLEY


Dated: January 17, 2015